RECEIVED
AUG 1 5 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY LEWIS LONG, ET AL. | MISC. CASE NO. 17-mc-135 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

**JUDGMENT ADOPTING REPORT AND RECOMMENDATION**

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Timothy R. Long, as Personal Representative and Derivative Claimant; and Tonya L. Long and Tracy LeAnn Long as Derivative Claimants of the Estate of Patricia R. Long, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___15___ day of August, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE